**DISMISS and Opinion Filed January 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00988-CR**

**No. 05-18-00989-CR**

**No. 05-18-00990-CR**

**No. 05-18-00991-CR**

**ANDREW VASQUEZ JR, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1756140-U, F-1756141-U, F-1810047-U, F-1810048-U**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Bridges

Before the Court are appellant's motions to dismiss his appeals, signed by appellant and

his attorney. We grant the motions. *See* TEX. R. APP. P. 42.2(a).

We dismiss the appeals.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
180988F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ANDREW VASQUEZ JR, Appellant

No. 05-18-00988-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-1756140-U.
Opinion delivered by Justice Bridges.
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 27, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANDREW VASQUEZ JR, Appellant

No. 05-18-00989-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-1756141-U.
Opinion delivered by Justice Bridges.
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 27, 2020



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANDREW VASQUEZ JR, Appellant

No. 05-18-00990-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1810047-U.
Opinion delivered by Justice Bridges.
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 27, 2020



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ANDREW VASQUEZ JR, Appellant

No. 05-18-00991-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-1810048-U.
Opinion delivered by Justice Bridges.
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 27, 2020